◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL STONE, Appellant. (Appeal No. 2.) [696 NYS2d 721] —Judgment unanimously affirmed. Same Memorandum as in *People v Stone* (265 AD2d 891 [decided herewith]). (Appeal from Judgment of Monroe County Court, Bristol, J.—Endangering Welfare Child.) Present—Green, J. P., Pine, Wisner, Callahan and Balio, JJ.